ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone:  (510) 782-6161
Facsimile:  (510) 782-3519

Attorney for Defendant
ROBERTO MIER GODINEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 09-00553 JW |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
| ROBERTO MIER GODINEZ, | ) |
| Defendant. | ) |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current sentencing hearing date of Monday, May 24, 2010 be continued until Monday, June 14, 2010.  The reason for the continuance is that Attorney Robert Lyons will be in Omaha Nebraska in the matter of U.S. v. Maria Valencia from Monday, May 24, 2010 to Wednesday, May 26, 2010.

Date:  May 5, 2010          ___/s/ Robert W. Lyons_____
                            ROBERT W. LYONS
                            Attorney for Cesar Sanchez-Reyes

Date:  May 5, 2010          ___/s/ Jeffrey B. Schenk_____
                            JEFFREY B. SCHENK
                            Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

It is hereby ordered that the sentencing hearing currently scheduled for Monday, May 24, 2010 be continued to June 14, 2010 by stipulation of the parties.

Date: May 10, 2010

Hon. James Ware
United States District Court Judge